Luther BASHAM, Petitioner–Appellant,

v.

State of WEST VIRGINIA, Respondent–Appellee.

No. 01–6345.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 23, 2001.

Luther Basham, pro se. Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, WV, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Luther Basham seeks to appeal the district court's order denying his motion for reconsideration of the denial of relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no revers-

ible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Basham v. State of West Virginia,* No. CA–98–189–2 (S.D.W.Va. Feb. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*